Clerk of Court, EDPa

James A. Byrne U.S. Courthouse

Room 2609

601 Market Street

Phila, Pa. 19106

Case Number: **GOVAN v. AMAZON, INC.**

Case Number: **22-4403**

Attention:

Clerk of Court, EDPa

These are my additional interactions with Amazon Disability & Leave Services

1. E-Mails from Shebaaz Shaikh- U.S Case Manager, Disability & Leave Services
2. E-Mail sent to Shebaaz Shaikh – U.S. Case Manager, Disability & Leave Services
3. E-Mail sent from Aamir Khnayril ERC – DLS Support, Disability & Leave Services – Aamir Khnayril, indicated, "I had requested an extension from **9/19/2022 to 9/18/2023.**
4. This is a copy of the document fax to my PCP on 10/20/2022 from Amazon DLS. However, the Requested Return to Work Dates indicates **September 19, 2022**.
5. Proof, my PCP faxed information to them on October 13, 2022.
6. This is information E-Mail to me by Shebaaz Shaikh. The requested Return to Work indicates – **September 19, 2022.**
7. **Amazon HR – Malikah M response to complaint created on April 21, 2022.**
8. Proof, I was sent home on or around June 27, 2021, the shift was a 5-hour shift, this write up happen, right in the middle of the production floor with 15 plus people around, and it was on camara. I show the manager my swollen knee, the manager indicated to me to sign this and he will send me home, with no incident report filed.

Thank you,

Kenneth Govan

2601 North Broad Street, Apt 316

Phila, Pa. 19132

Case # Govan v Amazon, Inc.
case # 22-4403

about:blank

Delete | Archive | Report | Reply | Reply all | Forward | Read / Unread | Categorize | Flag / Unflag | Assign policy | Print

**RE: Shebaaz Shaikh | US Case Manager (L) Disability & Leave Services [ ref:_00D6A1I02x._5004oKfPHa:ref ]**

A — Amazon Disability and Leave Services
To: Kenneth D Govan

Wed 11/23/2022 3:20 PM

Start reply with: | Great, thank you so much! | Thank you! | Thank you very much!

Feedback

Hi,

Thanks for reaching out and apologies for the inconvenience, we have received your paperwork and we have extended your leaves through next office appointment date i.e. 12/22/22.

We have already sent you approval email and all the UPTs will be reinstated to your account. You are requested to submit your updated paperwork after your office visit on 12/22/22.

Regards,
DDLS Team

----------Original Message----------
**From:** KennethDGovan at kenneth.govan@temple.edu [kenneth.govan@temple.edu]
**Sent:** 11/21/2022 11:24 AM
**To:** amazondls@dali-leave-disability.services.hr.a2z.com
**Subject:** Shebaaz Shaikh | US Case Manager (L) Disability & Leave Services

Where is my medical report which my PCP faxed you on or around November 11, 2022. This the 3rd time my medical information has come up missing. Why, am I getting points when you have my information. My PCP, has sent you two different medical reports, which Amazon had issued, one was sent, faxed directly to my PCP.

The first report was sent on or around September 15, 2022. That was 4 days before September 19, 2022 deadline. The 2nd was on or around October 15,2022.

Lastly, this report was sent on or around November 7, 2022. I received no conformation or no information regarding this issue.

Thank you
Kenneth Govan

Thank you
Kenneth Govan

#-A

*Case # Govan v Amazon, Inc*

**Office 1217** *Case # 22-4403*                                                                                                 *2-A*

---

**From:** Kenneth Govan <kennethgovan@ymail.com>
**Sent:** Friday, November 25, 2022 12:20 PM
**To:** Office 1217
**Subject:** [EXTERNAL] Fw: Shebaaz Shaikh | US Case Manager (L) Disability & Leave Services

> **Caution!** This email originated outside of FedEx. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Kenneth Govan" <kennethgovan@ymail.com>
**To:** "printandgo@fex.com" <printandgo@fex.com>
**Sent:** Fri, Nov 25, 2022 at 10:25 AM
**Subject:** Fw: Shebaaz Shaikh | US Case Manager (L) Disability & Leave Services

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Kenneth D Govan" <kenneth.govan@temple.edu>
**To:** "Kenneth Govan" <Kennethgovan@ymail.com>
**Sent:** Fri, Nov 25, 2022 at 7:13 AM
**Subject:** Fw: Shebaaz Shaikh | US Case Manager (L) Disability & Leave Services

---

**From:** Kenneth D Govan
**Sent:** Monday, November 21, 2022 1:46 PM
**To:** Amazon Disability and Leave Services <amazondls@dali-leave-disability.services.hr.a2z.com>
**Subject:** Shebaaz Shaikh | US Case Manager (L) Disability & Leave Services

Where is my medical report which my PCP faxed you on or around November 11, 2022. This the 3rd time my medical information has come up missing. Why, am I getting points when you have my information. My PCP, has sent you two different medical reports, which Amazon had issued, one was sent, faxed directly to my PCP. The first report was sent on or around September 15, 2022. That was 4 days before September 19, 2022 deadline. The 2nd was on or around October 15,2022.
Lastly, this report was sent on or around November 7, 2022. I received no conformation or no information regarding this issue.
Thank you
Kenneth Govan

1

2-B

← → C 🔒 https://atoz.amazon.work/time/attendance

**amazon** a to z | Home | Time off & leave | Pay | Schedule ⌄

Attendance

Case # Govan v Amazon
Case # 22-4403

# Attendance status

### Attendance points
Attendance points are accumulated through attendance events such as missing shifts or punching in l

**6**/8 points

⚠ **Attendance warning**
Your employment is at risk due to your attendance status. Please read the attendance policy and take without further notice or pay.

**Nov 19, 2022**
+ 1 point | Below Weekly Required Hours

**Nov 12, 2022**
+ 1 point | Below Weekly Required Hours

View all attendance events →

Failure to inform absence

33°F
Sunny

Case # Govan v Amazon, Inc.
Case # 22-4403

3-A

**From:** Amazon Disability and Leave Services <amazondls@dali-leave-disability.services.hr.a2z.com>
**Sent:** Monday, November 21, 2022 2:18 PM
**To:** Kenneth D Govan <kenneth.govan@temple.edu>
**Subject:** Contact summary [ ref:00D6A1i02x._5004oKfPHa:ref ]


Subject: Amazon DLS – {02209476} –
Hello (kenneth )

Thank you for contacting Amazon's Disability and Leave Services (DLS).

You called with questions about (the status of your leave of absence ).

We discussed (that you requested for an extension from 9/19/2022 to 9/18/2023 and the document that your HCP Has faxed to the case was received on 11/11/2022 and the case was already closed on 10/13/2022 because of no documentation received and If you have the document supporting the extension dates then we have to create a new case as this case was closed and we cannot reopen this one so we have to request for a new case with new dates so you can call back this line is open 24*7 so that we can assist you in creating a new case if you have the documentation for the extension) Documentation can be submitted via the below methods:

The Disability and Leave Self-service Portal on AtoZ
Email: amazondls@amazon.com
Fax: 855-579-1799

If the documentation is submitted via AtoZ, it can take up to 24 hours to be uploaded to the case.

If the documentation is submitted via email or fax, it can take up to 2 business days to be uploaded to the case.

The Case Manager will make a decision on your case and relay that decision via email or phone call. Once the documentation is received, it takes up to 2 business days for appropriate actions to be taken.

Remember that submitting documentation via AtoZ is the most efficient method for getting your documentation to us. You are also able to view your case status via AtoZ. Attached is a PDF with instructions on how to access and submit documentation on the AtoZ Self-service portal.
<Add all Self-Service Options + How to PDF Guide Link>

Additionally, you can submit Leave of Absence/Accommodation related questions or requests via MyHR | Contact Us by accessing the AtoZ Portal or Inside Amazon in order to get support via chat, correspondence or phone.

*[Handwritten: Case # Govan v Amazon, Inc. / Case # 22-4403 / 3-B]*

Sincerely,
(Aamir Khnayri) | ERC-DLS Support
Disability & Leave Services

IMPORTANT NOTE: This email was sent from an unmonitored mailbox; if you have further questions or issues, please do contact us back at (888) 892-7180.

*Case # Govan v Amazon*
*Case # 22-4403*

  4-A

Return this form by fax to 1-855-578-1799 or by email to amazondls@amazon.com

## Physician Statement

**Patient Name:** Kenneth Govan
**Patient Job Title:** Prime Now Associate
**Requested Leave Start Date:** June 28, 2021
**Physical Demand:** Regular Flex Time - < 20 Hrs

**Patient Date of Birth:** April 28, 1962
**Case Number:** 02209476
**Requested Return To Work:** September 19, 2022

### 1. Diagnostic Information

**Primary Disabling Diagnosis:** Osteoarthritis   **ICD-10:** M19.90
**Secondary Diagnosis:** Depression / Anxiety   **ICD-10:** E41.?
**Onset Date:** __/__/__

**Surgery Name:** _____
**Type of Surgery:** ☐ Open ☐ Minimally Invasive   **CPT:** _____
**Date of Surgery:** __/__/__

- Is the patient's primary condition due to injury or illness arising out of the patient's employment? ☐ No ☐ Yes
- Is this absence from work related to patient's pregnancy, or recovery from childbirth or pregnancy loss?
  ☐ No ☐ Yes, with due date or with actual delivery date   ___/___/___ ☐ Vaginal delivery ☐ Cesarean

### 2. Treatment Information

- Office visits:  Most recent visit date: 9/21/2022  Next visit: __/__/__  — outpatient
- If Hospitalized, Admitted on: __/__/__  Discharged on: __/__/__   Last visit - 2/15/22
- Treatment plan & Medication(s) for Primary Disabling Diagnosis - name /dosage/last titrated:  upcoming - 12/22
- If Patient referred to specialist, Providers Name  Einstein orthopedic  Specialty  ortho   Phone 215-456-7907

### 3. Clinical and Functional Assessment

Do you consider your patient to be totally impaired from working?  ☐ No ☐ Yes
If yes, as of what date? __/__/__ , with an actual / expected return to work date of __/__/__
If yes, as supported by the following rationale from their Last office visit on __/__/__ (citing medical facts documenting patient's functional impairments, physical and diagnostic exam findings, your assessment, restrictions, if applicable formal Mental Status Exam findings).

Unable to Answer from PCP standpoint.

### 4. Return to Work Planning

What is the estimated date of the patient's release to **modified duty** __/__/__ and to **full duty** __/__/__

Are there any temporary work restrictions and/or accommodations which would allow your patient to return to work?
☐ No ☐ Yes, If Yes please specify by providing objective quantification e.g. no lifting greater than 20 lbs.
* Unable to answer from PCP standpoint -

### 5. Providers Certification (I certify that the information contained on this form and submitted with this form is true and correct.)

**Provider's Name and Credentials (MD, DO, etc.)** Gerard Tralley   **Specialty** DO   **Date** 11-7-22
**Signature** M Tralley DO/MP   **Phone** 215-455-0113   **Fax** 215-455-0853

*[Handwritten at top: Case # Govan v. Amazon, Inc. / Case # 22-4403 / 4-B]*

# amazon

**Authorization to Obtain and Disclose Information**

▶ **Instructions for Employee:** Complete and return to Amazon Disability & Leave Services (DLS).

▶ **Return the form:** Upload the completed form to the **DLS Portal**, found on the Amazon AtoZ Resources page or at dls.idp.amazon-corp.com (while on the Amazon network). You can also email to amazondls@amazon.com or fax to 1-855-579-1799.

**Employee Name:** Kenneth Govan  
**Employee ID:** 109752611  
**Employee Date of Birth:** April 28, 1962

This Authorization is being provided so that Amazon and any of its parents, affiliates, subsidiaries, and/or third-party contractors; Aetna Inc. (Aetna), and any of their parents, affiliates, subsidiaries, and/or third-party contractors; The Hartford, and any of their parents, affiliates, subsidiaries, and/or third-party contractors; Amazon Corporate LLC (together with any of its Affiliates or Subsidiaries (Amazon); WorkCare, and any of its parents, affiliates, subsidiaries, and/or third-party contractors; and/or Sedgwick Claims Management Services, Inc. (Sedgwick CMS) can obtain the necessary information to adjudicate a claim for disability or workers' compensation benefits, or a request for leave of absence or related benefits, initiated by or on behalf of the Patient identified above ("Patient"). Once this Authorization is completed and signed by the Patient (or Patient's guardian) whose personal health information is to be disclosed, the health care provider should retain the original for its records and provide a copy of the Authorization to the Patient. **Patient can submit completed document** via the DLS Portal, by faxing to 1-855-579-1799, by emailing amazondls@amazon.com, or by mail to Amazon Disability & Leave Services (DLS), PO Box # 81103 Address: 5801 Postal Road, Cleveland, Ohio 44181.

**To:** Any health care provider, Pharmacy Benefit Manager, employer, benefit plan, insurer, financial institution, consumer reporting agency, educational institution, or federal, state, or local government agency, including the Social Security Administration and Veterans' Administration.

By signing the Patient Authorization below, your Patient has authorized you to disclose to Amazon, Aetna, The Hartford, WorkCare, or Sedgwick CMS a complete copy of any and all personal or privileged information, records, or documents described herein.

**Information covered by this authorization:** Any and all medical (but not genetic) information or records, including X-ray films, prescription histories, medical histories, physical, mental or diagnostic examinations, and treatment notes, and including information regarding HIV/AIDS, communicable diseases, alcohol or drug abuse, and mental health, as such information may be related to the Patient's claim for benefits; work information and history, including job duties, earnings and personnel records, and client lists; information on any insurance coverage and claims filed, including all records and information related to such coverage and claims; Social Security benefits information, including monthly benefit amounts, monthly payment amounts, entitlement dates, and information from my Master Beneficiary Record. The information obtained by use of this Authorization will be used to evaluate and administer the Patient's claim for benefits under the employer's plan for short-term disability benefits or long-term disability benefits insured by Aetna or The Hartford, to administer the Patient's claim for workers' compensation benefits, and/or a request for leave of absence or related benefits. Such information is referred to in the Patient Authorization as "My Information."

**PATIENT AUTHORIZATION**

I authorize Amazon, Aetna, The Hartford, WorkCare, or Sedgwick CMS to use or disclose My Information as necessary to administer my claim for short-term disability benefits and/or workers' compensation benefits and/or leave of absence or related benefits. I also authorize Amazon, Aetna, The Hartford, WorkCare, or Sedgwick CMS to disclose My Information as follows: (i) to Amazon for (a) functions related to accommodating my medical restrictions or limitations;

**Return this form via one of the following methods:**

**DLS Portal** on the Resources page on Amazon AtoZ or on https://dls.idp.amazon-corp.com (on the network),

Email to amazondls@amazon.com or Fax to 1-855-579-1799

Page 1 of 2

*Case # Govins v Amazon, Inc.*
*Case # 22-4403*
*4-C*

# amazon

Dear Treating Provider,

Your patient has requested an absence from work, and disability benefits related to their own illness or injury. In order to accurately assess your patient's functional status and eligibility for disability benefits, the following information is required. In completing this form, we ask that you:

☐ Provide answers and best estimates based on your medical knowledge, experience, and assessment of the patient.

☐ Provide relevant ICD 10 and CPT code to help expedite your patient's absence case decision.

☐ Provide information as specific as possible. Terms such as "unable to determine," or "as needed" may not be sufficient to approve a request for FMLA, and disability leave and paid benefits.

☐ Along with the completed form, please provide Office/Progress Notes or other relevant Medical Records

**If a covered entity uses language such as the following, any receipt of genetic information in response to the request for medical information will be deemed inadvertent:** "The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Return the completed form and any other medical records by:

Fax #: 1-855-579-1799, or

Email: amazondls@amazon.com

Please upload your document via the Self-Service Portal, e-mail to amazondls@amazon.com or fax to 1-855-579-1799

Case # Govan v Amazon, Inc.
Case # 22-4403

# Fax Call Report

## HP LaserJet MFP M527

Page 1

## Fax Header Information

Einstein Medical Center
2154550853
Oct/13/2022 11:28:03 AM

| Job | Date/Time | Type | Line | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 51440 | Oct/13/2022 11:25:57 AM | Send | Analog | 18555791799 | 02:01 | 5 | Success |

Oct/13/2022 11:26:27 AM     Einstein Medical Center 2154550853     1/5

# Einstein Community Health Associates

Einstein Neighborhood Healthcare
Einstein

**Northeast Family Practice**
Gerald Tadley, DO

335 East Wyoming Avenue
Philadelphia, PA 19120
Phone 215-455-0113
Fax 215-455-0853

## FAX

To: Amazon
Fax #: 1-855-579-1799
From: Dr Tadley
Date: 10/13/22
Pages: including cover sheet: 5

Comments: re: K. Govan

### Confidential Notice:

This facsimile message and all accompanying documents contain information that is legally privileged and confidential. The information is intended only for the personal use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, disclosure, distribution, copying, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. In this regard, if you have received this telecopy in error, please notify the SENDER immediately in order to arrange for the proper return of the original documents.

No. 2006    P. 1        Dec. 9, 2008 9:53AM

Oct/13/2022 11:28:04 AM

English (United States)

Case # Govan v Amazon, Inc.
Case # 22-4403

amazon

**Disability & Leave Services**

October 20, 2022

Kenneth Govan
2601 North Broad St. 316
Phila, PA 19132
USA

Dear Kenneth,

Please review the attached documents related to your leave of absence request.

Please note, you will need access to a printer to print out any forms that must be returned to the Disability & Leave Services (DLS) Team.

For questions, please contact your case manager Shebaaz Shaikh by calling or emailing amazondls@amazon.com.

Thank you,
Shebaaz Shaikh | US Case Manager (L)
Disability & Leave Services

---

Fw: About Leave for - Kenneth Govan, Employee ID: 109752611, Case 02209476

Delete  Archive  Report  Reply  Reply all  Forward  Read / Unread  Categorize  Flag / Unflag  Assign policy  Print

Sent: Thursday, October 20, 2022 10:30 AM
To: Kenneth D Govan <kenneth.govan@temple.edu>
Subject: About Leave for - Kenneth Govan, Employee ID: 109752611, Case 02209476



10:05 AM
11/26/2022



*Case # Govan V Amazon Inc*
*Case # 22-4403*

6-A

**Return this form by fax to 1-855-579-1799 or by email to amazondls@amazon.com**

## Physician Statement

| | |
|---|---|
| **Patient Name:** Kenneth Govan | **Patient Date of Birth:** April 28, 1962 |
| **Patient Job Title:** Prime Now Associate | **Case Number:** 02209476 |
| **Requested Leave Start Date:** June 28, 2021 | **Requested Return To Work:** September 19, 2022 |
| **Physical Demand:** Regular Flex Time - < 20 Hrs | |

### 1. Diagnostic Information

**Primary Disabling Diagnosis:** _____  **ICD-10:** _____  **Onset Date:** ___/___/___
**Secondary Diagnosis:** _____  **ICD-10:** _____
**Surgery Name:** _____  **CPT:** _____  **Date of Surgery:** ___/___/___
**Type of Surgery:** ☐ Open ☐ Minimally Invasive

- Is the patient's primary condition due to injury or illness arising out of the patient's employment? ☐ No ☐ Yes
- Is this absence from work related to patient's pregnancy, or recovery from childbirth or pregnancy loss?
  ☐ No ☐ Yes, with due date or with actual delivery date ___/___/___ / ☐ Vaginal delivery  ☐ Cesarean

### 2. Treatment Information

- Office visits:   Most recent visit date: ___/___/___   Next visit: ___/___/___
- If Hospitalized, Admitted on: ___/___/___   Discharged on:   ___/___/___
- Treatment plan & Medication(s) for Primary Disabling Diagnosis - name /dosage/last titrated: _____
- If Patient referred to specialist, Providers Name _____ Specialty _____ Phone _____

### 3. Clinical and Functional Assessment

Do you consider your patient to be totally impaired from working? ☐ No ☐ Yes
**If yes**, as of what date? ___/___/___ , with an actual / expected return to work date of ___/___/___
**If yes**, as supported by the following rationale from their Last office visit on ___/___/___ (citing medical facts documenting patient's functional impairments, physical and diagnostic exam findings, your assessment, restrictions, if applicable formal Mental Status Exam findings).

_____
_____

### 4. Return to Work Planning

What is the estimated date of the patient's release to **modified duty** ___/___/___ and to **full duty** ___/___/___.

Are there any temporary work restrictions and/or accommodations which would allow your patient to return to work?
☐ No ☐ Yes, If Yes please specify by providing objective quantification e.g. no lifting greater than 20 lbs.

_____

### 5. Providers Certification *(I certify that the information contained on this form and submitted with this form is true and correct.)*

| **Provider's Name and Credentials (MD, DO, etc.)** | **Specialty** | **Date** |
|---|---|---|
| **Signature** | **Phone** | **Fax** |

(b) federal or state Family & Medical Leave Act administration; (c) administration of related leave or benefits claims;(d)fulfilling fiduciary obligations under my benefit plan or (e) responding to legal claims against Amazon or its agent; (ii) to the administrator or other service providers of Amazon's benefit plan or other benefit plans of my employer for plan-related functions; (iii) to any system used for claims processing or insurance broker to carry out functions related to my benefit plan or claim; (iv) to any health care professional who has treated or evaluated me or who may do so; (v) to other persons or entities performing business or legal services related my claim or to other benefits for which I may be eligible in the future; (vi) as may be lawfully required; (vii) as I may further authorize; or (viii) as necessary to prevent or to detect perpetration of a fraud in connection with my application for benefits.

I authorize the disclosure of my personal and medical information as described above.  I understand that this authorization is voluntary. I understand that information disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient as permitted by applicable law or my further authorization. I understand that I have the right to fully or partially revoke this Authorization for future disclosures from Amazon, Aetna, WorkCare, or Sedgwick CMS may make, unless they have taken action in reliance upon this Authorization. If I decide to fully or partially revoke my Authorization, I must revoke do so in writing directly to Amazon, specifying whether I wish to fully revoke my authorization, or, if I wish to partially revoke my authorization, providing a description of the information and/or purposes for which I am withdrawing my authorization. I understand that my medical treatment, payment for medical benefits, or enrollment/eligibility for leave benefits cannot be conditioned on my allowing Amazon, Aetna, the Hartford, WorkCare, or Sedgwick CMS to re-disclose My Information and that I may fully or partially revoke my authorization for re-disclosure at any time.

This Authorization expires two years from the date listed below or earlier as required by law, or upon my revocation, if earlier, but will not exceed the term of my coverage of the policy or benefit plan. I understand that I am entitled to receive a copy of this Authorization upon request. A photocopy or facsimile of this Authorization shall be as valid as the original. If there is a conflict between a prior request for restriction on the disclosure of My Information and this Authorization, this Authorization will control.

**Note to employee/beneficiary:** In order to be considered for short-term disability or workers' compensation benefits, you must authorize disclosure of personal and medical information as needed to determine whether you qualify for those benefits. If signed, this form would also authorize further disclosure of your information in order to expedite consideration of your eligibility for additional benefits in the future. Such additional benefits might include long-term disability benefits, vocational rehabilitation services, and payment of life insurance premium while you are on leave. *You are not required to authorize disclosure or re-disclosure of your personal or medical information for such additional purposes.* If you do not want this release to authorize such additional disclosure, please contact DLS at 1-888-892-7180.

**Important Information for Your Health Care Provider About GINA**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

*Case # Govan v Amazon, Inc.*
*Case # 22-4403*

_____  _____  _____
Signature of Patient or Guardian    Relationship to Patient (if signed by guardian)    Date Signed

**Return this form via one of the following methods:**
**DLS Portal** on the Resources page on Amazon AtoZ or on https://dls.idp.amazon-corp.com (on the network),
**Email** to amazondls@amazon.com or **Fax** to 1-855-579-1799                Page 2 of 2



*Case # Govan v Amazon, Inc*
*Case # 22-4403*                                                        6-C

Dear Treating Provider,

Your patient has requested an absence from work, and disability benefits related to their own illness or injury. In order to accurately assess your patient's functional status and eligibility for disability benefits, the following information is required. In completing this form, we ask that you:

☐ Provide answers and best estimates based on your medical knowledge, experience, and assessment of the patient.

☐ Provide relevant ICD 10 and CPT code to help expedite your patient's absence case decision.

☐ Provide information as specific as possible. Terms such as "unable to determine," or "as needed" may not be sufficient to approve a request for FMLA, and disability leave and paid benefits.

☐ Along with the completed form, please provide Office/Progress Notes or other relevant Medical Records

**If a covered entity uses language such as the following, any receipt of genetic information in response to the request for medical information will be deemed inadvertent:** "The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Return the completed form and any other medical records by:

Fax #: 1-855-579-1799, or

Email: amazondls@amazon.com

Please upload your document via the Self-Service Portal, e-mail to amazondls@amazon.com or fax to 1-855-579-1799

Case # Covan Amazon Inc
Case # 22-4403

7-A

My HR > Case details

Case #45783480

**Leave of Absence**

Status
Closed

Created Date
April 21, 2022

Description
Hello Kenneth,

Thank you for contacting the ERC.

Here is a quick recap of what we discussed over the phone.

You called in today stating that you needed to file a complaint in regards to the Disability and Leave Services team/management fraudulently altering your return date.

You stated that you had to submit medical information based on fraudulent proceedings to the Disability and Leave Services team. You also stated that you were being harassed non-stop. I transferred you to a specialist for further assistance.

I am closing this case; however, please feel free to re-open it and add a post if you need additional assistance on the issue.

Thank you for contacting the ERC and have a great day!

Regards,
Malikah M



Case # Gowen v Amazon, Inc.
Case # 22-4403

8-A