# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH GOVAN,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-4403** |
| | : | |
| **AMAZON, INC.,** | : | |
|     **Defendant.** | : | |

## ORDER

AND NOW, this 15th day of February, 2023, upon consideration of Plaintiff Kenneth Govan's *pro se* Amended Complaint (ECF No. 8) it is hereby **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

                                            **BY THE COURT:**

                                            **/s/ Gerald Austin McHugh**

                                            **GERALD A. MCHUGH, J.**